```
Dean A. Hanley, Esq. (State Bar No. 169507)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
Benjamin D. Goldstein, Esq. (State Bar No. 231699)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:   (510) 559-9980
Facsimile:   (510) 559-9970
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA SAVELESKY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC.,<br>CAMPBELL INDUSTRIES,<br>NATIONAL STEEL AND SHIPBUILDING<br>    COMPANY,<br><br>and DOES 1 – 800,<br><br>    Defendants. | Case No. C 10-04552 MEJ<br><br>**STIPULATION TO WITHDRAW<br>NOTICE OF REMOVAL;<br>~~[PROPOSED]~~ ORDER** |

    Plaintiff AIDA SAVELESKY having initiated this action on August 6, 2010, in the Superior Court of the State of California, County of Alameda, naming CAMPBELL INDUSTRIES as a defendant and alleging premise owner/contractor negligence, and

    Defendant CAMPBELL INDUSTRIES having been served with the Complaint on September 7, 2010, and timely removing this case to federal court on October 7, 2010, and

    The parties disputing whether this Court has subject matter jurisdiction, and

    No other defendant having filed a removal petition, and

    The deadline for all other defendants to file removal petitions having now passed,

1

STIPULATION TO WITHDRAW NOTICE OF REMOVAL; [PROPOSED] ORDER
C:\Documents and Settings\rpreston\Local Settings\Temporary Internet Files\Content.Outlook\RRW949AM\Stip to withdraw ntc of removal.doc

IT IS HEREBY STIPULATED by and between plaintiff AIDA SAVELESKY and defendant CAMPBELL INDUSTRIES, through their respective attorneys of record, that CAMPBELL INDUSTRIES shall and hereby does withdraw its Notice of Removal.

Plaintiff does not object to this withdrawal.

IT IS FURTHER STIPULATED that each party shall bear its own fees and costs.

SO STIPULATED by below-signing counsel, on behalf of the parties:

Dated: October 8, 2010

FOLEY & MANSFIELD, PLLP

By_____
Janell M. Alberto, Esq.
Attorneys for CAMPBELL INDUSTRIES

Dated: October 8, 2010

PAUL & HANLEY LLP

By:_____
Deborah R. Rosenthal, Esq.
Attorneys for Plaintiffs

\* \* \*

**ORDER**

Counsel for plaintiff and for defendant CAMPBELL INDUSTRIES, the sole party who removed this case from the Superior Court of the State of California to the U.S. District Court, having stipulated to withdrawal of defendant's Notice of Removal,

PURSUANT TO STIPULATION, IT IS SO ORDERED that CAMPBELL INDUSTRIES's Notice of Removal is deemed WITHDRAWN, and this case shall proceed in the Superior Court of the State of California, County of Alameda, where proceedings commenced.

Dated: October 13, 2010

_____
Honorable

2

STIPULATION TO WITHDRAW NOTICE OF REMOVAL; [PROPOSED] ORDER
C:\Documents and Settings\rpreston\Local Settings\Temporary Internet Files\Content.Outlook\RRW949AM\Stip to withdraw ntc of removal.doc